IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY MAX CHAMBERS                                                                    PLAINTIFF

v.                                           Civil No. 6:18-cv-06091

JASON WATSON, Sheriff, Clark County,
Arkansas; DERRICK BARNES, Administrator,
Clark County Detention Facility; ROBERT JONES,
Deputy Sheriff, Clark County; DEPUTY FERGUSON,
Clark County, Arkansas; OFFICER CHASE KERSEY;
OFFICER K. LOVE, Clark County Detention Facility; and
TOMMY WALDRON, Amity Police Department                                  DEFENDANTS

## ORDER

Plaintiff, Gary Max Chambers, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (ECF No. 2). An Amended Complaint was filed on October 9, 2018. (ECF No. 7).

Currently before the Court is the Motion for Order Compelling Answers to Discovery Requests filed by the Clark County Defendants. (ECF No. 35). Plaintiff has not responded.

In the Motion, the Clark County Defendants state that although Plaintiff executed a medical authorization in December of 2018, a revised/corrected medical authorization is needed because representation of the Clark County Defendants was transferred to a different law firm. In addition, the Clark County Defendants state that Plaintiff's deposition testimony concerning an assault and subsequent treatment at a local hospital warrant the need for an updated medical authorization. According to the Motion, the Clark County Defendants have repeatedly requested that Plaintiff execute a corrected medical authorization. To date, Plaintiff has not responded to the Clark County Defendants' requests.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). To properly defend against Plaintiff's claims, the Clark County Defendants are entitled to copies of Plaintiff's medical records

1

that relate to his claims.

Accordingly, the Motion for Order Compelling Answers to Discovery Requests is **GRANTED**. (ECF No. 35). Plaintiff is **DIRECTED** to provide the Clark County Defendants with an executed medical authorization **by July 9, 2019. Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

IT IS SO ORDERED this 18TH day of June 2019.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE